IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**WOLFGANG VON VADER,**

        **Plaintiff,**

                                                        **CIVIL ACTION**
  **vs.**                                                  **No. 10-3065-SAC**

**CLAUDE CHESTER,**

        **Defendant.**


**MEMORANDUM AND ORDER**

This matter is a civil rights action filed by a prisoner in federal custody. By an order entered on October 26, 2010, the court granted plaintiff to and including November 30, 2010, to submit a motion for leave to proceed in forma pauperis, or, in the alternative, the filing fee and to submit an amended complaint.

Plaintiff was advised the failure to file a timely response might result in the dismissal of this matter without prejudice and without additional prior notice, but there has been no response.

A court has the inherent authority to dismiss an action for failure to prosecute. *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). Federal Rule of Civil Procedure 41(b) authorizes the

involuntary dismissal of an action for failure to prosecute or to comply with procedural rules or orders of the court.  While the text of Rule 41(b) contemplates such dismissal upon the motion of a defendant, the rule has been interpreted to allow the sua sponte dismissal of an action.  *Link, id.; Rogers v. Andrus Transp. Services*, 502 F.3d 1147, 1151 (10th Cir. 2007).

The court finds plaintiff has failed to prosecute this action and has been given adequate notice of the court's intention to dismiss this matter for lack of prosecution.

IT IS, THEREFORE, BY THE COURT ORDERED this matter is dismissed pursuant to Rule 41(b) for lack of prosecution.

A copy of this order shall be transmitted to the plaintiff.

**IT IS SO ORDERED.**

Dated at Topeka, Kansas, this 7th day of December, 2010.

S/ Sam A. Crow
SAM A. CROW
United States Senior District Judge